1  Paul S. Padda, Esq. (NV Bar #10417)
   Email: ppadda@caplawyers.com
2  COHEN & PADDA, PLLC
   4240 West Flamingo Road, Suite 220
3  Las Vegas, Nevada  89103
   Tele: (702) 366-1888
4  Fax: (702) 366-1940
   Web: caplawyers.com
5
   Attorney for Plaintiff
6
                    UNITED STATES DISTRICT COURT
7
                         DISTRICT OF NEVADA
8

9  **PATRICK D. POPPE,**               )
                                        )
10              **Plaintiff,**          )   Case No. 2:14-cv-2103-KJD-PAL
                                        )
11      v.                              )
                                        )
12 **UNITED STATES OF AMERICA,**        )
                                        )
13              **Defendant.**          )
                                        )
14 _____

                   STIPULATION FOR EXTENSION OF
15     DEADLINES RELATED TO DEFENDANT'S MOTION TO DISMISS

16                        **(SECOND REQUEST)**

17        Pursuant to the Court's Local Rule 7-1, the parties respectfully request that the Court

18 approve this stipulation seeking to extend the deadlines related to Defendant's motion to dismiss

19 that was filed on May 18, 2015.[1]  Presently, Plaintiff's response to the pending dispositive

20 motion is due today, June 26 2015.  This is the second stipulation for extension of time filed by

21 the parties for the reasons set forth herein.

22 . . .

23 . . .

24 . . .

25 _____

26      [1] Pacer #9.

In support of this stipulation, the parties wish to advise the Court of the following:

1. Counsel for the respective parties have discussed the current deadlines related to the dispositive motion and are in agreement that, based upon representations made by Plaintiff's counsel, an extension is appropriate under the current circumstances.

2. For instance, counsel for Plaintiff has advised defense counsel that due to a heavy workload from this past week, he was not able to complete a response to the pending dispositive motion within the current deadline.

3. In light of the foregoing, counsel for the parties are in agreement that the Court should extend Plaintiff's time to respond to the motion to dismiss to and until July 3, 2015 and permit Defendant to and until July 17, 2015 to file a reply.

**CONCLUSION**

The parties respectfully request that the Court approve the foregoing stipulation.

Respectfully submitted,

/s/ *Patrick A. Rose*          /s/ *Paul S. Padda*

Patrick A. Rose, Esq.          Paul S. Padda, Esq.
Assistant United States Attorney   Cohen & Padda
United States Attorney's Office

                               Attorney for Plaintiff
Attorney for Defendant
                               Dated: June 26, 2015
Dated: June 26, 2015

**IT IS SO ORDERED:**

**The foregoing stipulation is approved.  Plaintiff shall file a response to the pending dispositive motion on or before July 3, 2015 and Defendant shall have until July 17, 2015 to file a reply.**

_____
**UNITED STATES DISTRICT JUDGE**

Dated: July 2, 2015

2